November 3, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

KIRK FORD, Appellant

NO. 14-11-00478-CV                    V.

EG SYSTEMS, INC. D/B/A SCOTTS LAWN SERVICE, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on March 2, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by KIRK FORD.

We further order this decision certified below for observance.